IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Tamara Z. Williams, | ) | Case No 2:16-cv-3778-RMG |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | **ORDER AND OPINION** |
| Jessica Lynn Werner and | ) | |
| Parker Land Surveying, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

This matter comes before the Court on Defendants' unopposed motion (Dkt. No. 17) to compel Plaintiff to submit full and complete responses to Defendants' First Set of Interrogatories and First Set of Requests for Production. (Dkt. Nos. 17-1, 17-2.) Defendants served Plaintiff with these requests on December 21, 2016. (Dkt. No. 17-3.) Defendants report that Plaintiff has failed to provide any responses to their discovery requests. Under this Court's scheduling order, discovery is scheduled to conclude by July 18, 2017. (Dkt. No. 10.) Plaintiffs are hereby **ORDERED TO RESPOND** to Defendants' First Set of Interrogatories and First Set of Requests for Production by **May 25, 2017**.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

May _11_, 2017
Charleston, South Carolina